**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Beatriz Mercado, individually and on behalf of all others similarly situated,

                    Plaintiff,

                    -against-

DCQ, LLC d/b/a Oxygen Recovery Group,
                    Defendant.

**REQUEST FOR CERTIFICATE OF DEFAULT**

Docket No: 1:18-cv-01678-SJ-JO

TO:    DOUGLAS C. PALMER
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK

Please enter the default of defendant(s), DCQ, LLC d/b/a Oxygen Recovery Group, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwisedefend this action as fully appears from the court file herein and from the attached affirmation of Craig B. Sanders.

Dated: June 25, 2018

                                        **BARSHAY SANDERS, PLLC**

                                        By:    /s *Craig B. Sanders*
                                        Craig B. Sanders
                                        100 Garden City Plaza, Suite 500
                                        Garden City, New York 11530
                                        Tel. (516) 203-7600
                                        Email: *ConsumerRights@BarshaySanders.com*
                                        Our File No: 114972
                                        *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

Beatriz Mercado, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

DCQ, LLC d/b/a Oxygen Recovery Group,
                Defendant.

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

Docket No: 1:18-cv-01678-SJ-JO

Craig B. Sanders hereby declares as follows:

1. I am the attorney for the plaintiff in this action and declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

2. This action was commenced pursuant to 15 U.S.C. § 1692k to recover statutory damages for violation of the Fair Debt Collection Practices Act ("FDCPA").

3. This action was properly served on the defendant(s), DCQ, LLC d/b/a Oxygen Recovery Group as evidenced by the returned summons and the time for said defendant(s) to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), DCQ, LLC d/b/a Oxygen Recovery Group, has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) DCQ, LLC d/b/a Oxygen Recovery Group to answer or otherwise move has not been extended.

5. That defendant(s) DCQ, LLC d/b/a Oxygen Recovery Group is not an infant or incompetent. Defendant(s) DCQ, LLC d/b/a Oxygen Recovery Group is not

presently in the military service of the United States as appears from facts in this litigation.

6. Defendant(s) DCQ, LLC d/b/a Oxygen Recovery Group is indebted to plaintiff, DCQ, LLC d/b/a Oxygen Recovery Group, for violations of the FDCPA as are set forth in the complaint, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

WHEREFORE, plaintiff Beatriz Mercado, individually and on behalf of all others similarly situated requests that the default of defendant(s) DCQ, LLC d/b/a Oxygen Recovery Group be noted and a certificate of default issued.

Dated: June 25, 2018

**BARSHAY SANDERS, PLLC**

By: ____/s *Craig B. Sanders*____
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 114972
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Beatriz Mercado, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

DCQ, LLC d/b/a Oxygen Recovery Group,
                Defendant.

**REQUEST FOR CERTIFICATE OF DEFAULT**

Docket No: 1:18-cv-01678-SJ-JO

      I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant DCQ, LLC d/b/a Oxygen Recovery Group has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant DCQ, LLC d/b/a Oxygen Recovery Group is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____, New York
              _____, 20___

                                          DOUGLAS C. PALMER, Clerk of Court

                                          By: _____
                                                        Deputy Clerk